IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  John M Schless | ) | Case No. 23-41487 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing: |
| | ) | Hearing Time and Place : |

**Memorandum to Amended Voluntary Petition**

**COMES NOW John M Schless Debtor** in Chapter 7, by and through his Attorney William Ridings, and for his Memorandum states as follows:

Debtor filed an Amended Voluntary Petition to correct his address and include his mailing address.

Wherefore, Debtor prays this court to allow the amendments.

Dated:  July 14, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 14, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 14, 2023.

John M Schless
26 Rosemont Ave
St. Louis, MO  63119

/s/ Will Ridings
William Ridings MO38672