Certificate Number: 13858-MOE-DE-037585608

Bankruptcy Case Number: 23-41487



13858-MOE-DE-037585608

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2023, at 1:26 o'clock PM CDT, John M Schless completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: July 12, 2023

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor