**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| In re | Case No.: 23–41487 – B169 |
| Debtor(s): | CHAPTER: 7 |

John M Schless – See below for reported alias information.
xxx–xx–3230
– See below for reported alias information.

### ORDER EXTENDING DEADLINE FOR THE TRUSTEE AND THE UNITED STATES TRUSTEE TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

The Trustee's Motion to extend the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge and/or to extend the deadline set forth in Fed. R. Bankr. P. 4007(c) for the Trustee and the U. S. Trustee to object to the dischargeability of a debt has been considered. The Court finds that cause exists to grant the requested relief. Therefore, the Trustee's motion is **GRANTED**, and it is hereby **ORDERED** that

the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge is extended 60 days from 8/4/23 which is the continued meeting of creditors date.

**United States Bankruptcy Judge**

Dated: 7/17/23
Rev. 06/16 oetdscdc

**Reported Alias Information:**
John M Schless –
–