**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

| | |
|---|---|
| **In re** | **Case No.: 23–41487 – B169** |
| **Debtor(s):** | **CHAPTER: 7** |

John M Schless – See below for reported alias information.
xxx–xx–3230
– See below for reported alias information.

### ORDER EXTENDING DEADLINE FOR THE TRUSTEE AND THE UNITED STATES TRUSTEE TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

    The Trustee's Motion to extend the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge and/or to extend the deadline set forth in Fed. R. Bankr. P. 4007(c) for the Trustee and the U. S. Trustee to object to the dischargeability of a debt has been considered. The Court finds that cause exists to grant the requested relief. Therefore, the Trustee's motion is **GRANTED**, and it is hereby **ORDERED** that

the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge is extended 60 days from 8/4/23 which is the continued meeting of creditors date.

**United States Bankruptcy Judge**

Dated: 7/17/23
Rev. 06/16 oetdscdc

**Reported Alias Information:**
John M Schless –
–

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-41487-blc |
| John M Schless | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 17, 2023 | Form ID: oetdscdc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John M Schless, 26 Rosemont Ave, Saint Louis, MO 63119-2452 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023                                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristin J Conwell | kconwell@conwellfirm.com kconwell@ecf.axosfs.com,kristinconwell@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor John M Schless ridingslaw2003@yahoo.com |

TOTAL: 3