**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**                                                                                              **Case No.:** 23−41487 − B169
John M Schless                                                                              **Chapter:** 7

**Debtor(s)**

### NOTICE IS GIVEN THAT:

A petition for relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above named debtor(s) on 4/28/23.

The initial Section 341 Meeting notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before:

**10/23/23**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT share in any distribution from the debtor's estate.**

Claimants should use the Court's Electronic Proof of Claim Filing system (ePOC) found on the Court's web site at www.moeb.uscourts.gov to file their proof of claims. You may access the Court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim. If you are unable to file your proof of claim using the ePOC system, a proof of claim form is available on the U. S. Court's web site at www.uscourts.gov. For more information, please contact the Court's Help Desk at 1−866−803−9517.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

FOR THE COURT:

/s/ Dana C. McWay
Clerk of Court

**Dated**: 7/24/23
**St. Louis, Missouri**
Rev. 12/17 asstnot

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-41487-blc |
| John M Schless | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2023 | Form ID: asstnot | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Schless, 26 Rosemont Ave, Saint Louis, MO 63119-2452 |
| 25361765 | + | Fththr/glhec, 5050 Kingsley Dr, Cincinatti, OH 45227-1115 |
| 25361766 | + | LVNV Funding, c/o Edwrd J Meyrs, Attorney, 1000 Camera Ave Ste A, Saint Louis, MO 63126-1037 |
| 25361769 | + | Patricia Noonan, 430 California Ave, Saint Louis, MO 63119-3120 |
| 25361774 | + | Utopia Studios, 3957 Park Ave, Saint Louis, MO 63110-2317 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QKJCONWELL.COM | Jul 25 2023 02:11:00 | Kristin J Conwell, Conwell Law Firm LLC, PO Box 56550, St. Louis, MO 63156-0550 |
| 25361764 | | EDI: JPMORGANCHASE | Jul 25 2023 02:11:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 25361767 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2023 22:23:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 25361770 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 22:25:54 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25361771 | + | EDI: RMSC.COM | Jul 25 2023 02:11:00 | Syncb/B&H, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 25361772 | + | EDI: RMSC.COM | Jul 25 2023 02:11:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25361768 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 25361773 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: asstnot | Total Noticed: 11 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristin J Conwell | kconwell@conwellfirm.com  kconwell@ecf.axosfs.com,kristinconwell@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor John M Schless ridingslaw2003@yahoo.com |

TOTAL: 3